

NUMBER 13-10-00175-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

IN THE ESTATE OF CHAD LAMONT BUTLER, DECEASED

On Appeal from the County Court at Law No. 1
of Jefferson County, Texas.

# MEMORANDUM OPINION

**Before Justices Vela, Perkes and Hill[1]
Memorandum Opinion Per Curiam**

Appellant, Chinara Butler, perfected an appeal from a judgment entered by the County Court at Law No. 1 of Jefferson County, Texas, in cause number 96118. Appellant has filed a motion to dismiss the appeal and requests that this Court dismiss the appeal.

---

[1] Retired Second Court of Appeals Justice John G. Hill assigned to this Court by the Chief Justice of the Supreme Court of Texas pursuant to the government code. *See* TEX. GOV'T CODE ANN. § 74.003 (Vernon 2005).

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
5th day of May, 2011.